# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 23-50666
Summary Calendar

———————————

United States Court of Appeals
Fifth Circuit

**FILED**

July 17, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jovan Jacob Pando,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:22-CR-113-1

———————————————————————

Before Smith, Higginson, and Engelhardt, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Jovan Jacob Pando has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Pando has filed a response and an incorporated motion to appoint new counsel, which is DENIED. *See United States v. Wagner*, 158 F.3d 901, 902-

———————————————

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50666

03 (5th Cir. 1998).  Pando's motion to amend his response is likewise DENIED.

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Pando's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.